IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-00782-AP


TODD R. JOHNSON,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | DAVID M. GAOUETTE,<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>STEPHANIE LYNN F. KILEY,<br>Special Assistant U.S. Attorney<br>1961 Stout St., #1001A<br>Denver, CO 80294 |

303-844-0815
stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint was filed:** April 6, 2010

    **B. Date Complaint was served on U.S. Attorney's office:** April 14, 2010

    **C. Date Answer and Administrative Record were filed:** June 14, 2010.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

    The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

    There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

    There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief due:** July 30, 2010

B.  **Defendant's Response Brief due:**     August 30, 2010

C.  **Plaintiff's Reply Brief (if any) due:**  September 13, 2010

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.  **Plaintiff's statement**:

Plaintiff does not request oral argument.

B.  **Defendant's statement**

Defendant does not request oral argument.


## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

B.  ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.


## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.


## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED this 17th day of June, 2010.

BY THE COURT

*s/John L. Kane*  
U.S. DISTRICT COURT JUDGE

APPROVED:

/s *Ann J. Atkinson*  
Ann J. Atkinson, Attorney at Law  
7960 South Ireland Way  
Aurora, CO 80016-1904  
Tele: 303-680-1881  
Fax: 303-680-7891  
Email: AtkinsonAJ@aol.com

UNITED STATES ATTORNEY  
s/*Stephanie Kiley*  
By: Stephanie Kiley, Esq.  
Special Assistant U.S. Attorney  
1961 Stout Street, #1001  
Denver, CO 80294  
Tele: 303-844-0815  
Fax: 303-844-0770  
Email: stephanie.kiley@ssa.gov